**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

Angela Vansickle,

    vs.                                   Case No. 2:21-cv-130

Commissioner of Social Security,         **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the October 15, 2021 Order, the Court REVERSES the decision of the Commissioner and REMANDS this case to the Commissioner of Social Security.

Date: **October 15, 2021**         **Richard Nagel, Clerk**

                                                  s/ Jennifer Kacsor

                                             By Jennifer Kacsor/Courtroom Deputy